AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

IP Innovation L.L.C. and Technology Licensing Corp.          **JUDGMENT IN A CIVIL CASE**

        v.                                                         Case Number: 03 C 3245

Dell Computer Corp.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. All claims against defendant Dell based upon its purchase, use, re-sale or other disposition of any Dell products, with the exception of printers, fax machines, and multi-function printing units supplied by or originating with Lexmark, are dismissed with prejudice.

2. Plaintiffs' claims against Dell based upon allegedly infringing printers, fac machines and/or multi-function printing units Dell has purchased from Lexmark (the sole remaining defendant in Case No. 02 C 7611) are dismissed without prejudice.

3. The dismissal with prejudice only applies to Dell and provides no release and no license or waiver or dismissal of claims against Lexmark for its sales of printers, fax machines, and/or multi-function printing units to Dell or to any other third party.

4. Dell's counterclaims are dismissed without prejudice to the extent such counterclaims relate to claims dismissed without prejudice by Plaintiffs, and otherwise are dismissed with prejudice.

5. The parties shall bear their own attorneys fees and costs.

Michael W. Dobbins, Clerk of Court

Date: 11/30/2006

/s/ Stephen C. Tokoph, Deputy Clerk